CASE NO. 0:19-cv-62940-RS

HOWARD MICHAEL CAPLAN,

     Plaintiff,

     vs.

COLORTONE, INC., a Florida Profit Corporation and MARS REAL ESTATE, LLC, a Florida Limited Liability Company,

     Defendant(s).

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO REOPEN ACTION FOR THE LIMITED PURPOSE OF ENFORCING THE PARTIES' MEDIATED SETTLEMENT AGREEMENT [DE 60]

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, hereby responds to Defendants' Motion to Reopen Action for the Limited Purpose of Enforcing the Parties' Mediated Settlement Agreement [DE 60], and respectfully states as follows:

1. The parties to this action reached a settlement as stated in Defendants' Motion to Reopen Action for the Limited Purpose of Enforcing the Parties' Mediated Settlement Agreement (hereinafter, "Defendants' Motion"). *see* [DE 60]

2. As discussed in Defendants' Motion, the parties attempted to memorialize the terms of their settlement in a settlement agreement but despite some back and forth never finalized such agreement. Although Defendants attempt to portray Plaintiff as the party at fault, that is not accurate. For example, Plaintiff's counsel could not reach Defendants' counsel although the parties scheduled a telephone conference to discuss.

3. Furthermore, Plaintiff's counsel was ill at the time that Defendants filed Defendants' Motion and therefore did not immediately respond or reach out to Defendants' counsel to finalize the agreement.

4. Plaintiff is not attempting, nor does Plaintiff have any intention of revoking or negating the settlement reached by the parties.

5. The undersigned merely respectfully requests that the Honorable Court provide the parties with fourteen (14) days to memorialize the terms of their settlement and execute such agreement, prior to reopening the instant action. Plaintiff is willing to fully cooperate with Defendants in order to finalize a settlement agreement and asserts such time shall be spent in a good faith attempt to resolve all issues related to the parties' settlement agreement.

Respectfully submitted,

By: *Ronald Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 E. Hallandale Beach Blvd.; Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

CASE NO. 0:19-cv-62940-RS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

COLORTONE, INC., a Florida Profit Corporation and MARS REAL ESTATE, LLC, a Florida Limited Liability Company,

      Defendant(s).

_____/

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on December 14, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned document is being served on all counsel of record, corporations, or pro se parties via either transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 E. Hallandale Beach Blvd.; Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:   (954) 639-7198
Attorney for Plaintiff