UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-62940-RS/ VALLE

HOWARD MICHAEL CAPLAN,

        Plaintiff,

vs.

COLORTONE, INC., a Florida
Profit Corporation and MARS REAL
ESTATE, LLC, a Florida Limited
Liability Company,

        Defendants.

_____/

## DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REOPEN ACTION FOR THE LIMITED PURPOSE OF ENFORCING THE PARTIES' MEDIATED SETTLEMENT AGREEMENT

Defendants, by and through undersigned counsel, hereby submit this Reply in Support of Motion to Reopen Action for the Limited Purpose of Enforcing the Parties' Mediated Settlement Agreement, and state as follows:

1.      In Plaintiff's Response (D.E. 62) to Defendants' Motion to Reopen Action for the Limited Purpose of Enforcing the Parties' Mediated Settlement Agreement (D.E. 60), Plaintiff requests that the Parties be provided an additional fourteen (14) days to memorialize the terms of the settlement and execute such agreement, prior to reopening the instant action.

2.      In the Response, Plaintiff reassures Defendants that Plaintiff has no intention of revoking or negating the settlement reached by the parties.

3.      In light of the foregoing, Defendants have no objecting to the Court providing additional time for the parties to memorialize the settlement and execute such agreement.

4. The undersigned is leaving town today for the Holidays and not returning until December 29, 2020. Therefore, the undersigned respectfully requests that the Court provide twenty-one (21) days from the date of the Court's Order for the parties to memorialize the settlement and execute such agreement

Dated this 22nd day of December, 2020.

Respectfully submitted,

TODD W. SHULBY, P.A.
Todd W. Shulby, Esq.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Counsel for Defendants

By: */s/Todd W. Shulby, Esq.*
Florida Bar No.: 068365

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Ronald K. Stern, Esq.

I HEREBY CERTIFY that on December 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will send a notice of electronic filing by U.S. Mail to the following: None.

By: */s/Todd W. Shulby, Esq.*
Florida Bar No.: 068365